IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE SHIELDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION H-13-518 |
| | § | |
| PAC-WEST TELECOMM INC., JOHN | § | |
| DOES 1-10, | § | |
| | § | |
| Defendants. | § | |

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

Pursuant to the Notice of Suggestion of Bankruptcy of Defendant Pac-West Telecomm, Inc. (instrument #8), the Court

ORDERS that this case is automatically STAYED pursuant to 11 U.S.C. § 362 and is ADMINISTRATIVELY CLOSED.  The Court further

ORDERS that the parties shall inform the Court if and when the stay is lifted within thirty days of that event.

**SIGNED** at Houston, Texas, this 5th day of April, 2013.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE

-1-